IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YETI COOLERS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | 1-15-CV-725  RP |
| | § | (Consolidated with 1-15-CV-775 RP) |
| KAISER GROUP INC., D/B/A THERMO | § | (Consolidated with 1-15-CV-887 RP) |
| STEEL, D/B/A VINO2GO, D/B/A BREW2GO, | § | (Consolidated with 1-15-CV-888 RP) |
| ET AL., | § | |
| | § | |
| Defendants. | § | |

### ORDER

Before the Court is the parties' Joint Motion to Consolidate, filed December 7, 2015 in each of the above-styled causes of action.  In reviewing the pending matters in each cause, and the motion, the Court now determines, in the interests of judicial economy, the causes should be consolidated.

Accordingly, the parties' Joint Motion to Consolidate is **GRANTED**.  **IT IS THEREFORE ORDERED** that Cause Number 1-13-CV-725 RP is **CONSOLIDATED WITH** Cause Numbers 1-15-CV-775 RP, 1-15-CV-887 RP and 1-15-CV-888 RP for all purposes.  The Master File and Docket shall be maintained in Cause Number 1-15-CV-725 RP.  The parties shall file all future pleadings in the Master File, using the above case style, and the Clerk shall note such filings on the Master Docket in Cause Number 1-15-CV-725 RP.

**SIGNED** on February 25, 2016.

ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE